RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org
Attorney for Carlos Inclan, Jr.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00057-RFB |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION OF PRETRIAL RELEASE HEARING** |
| v. | (First Request) |
| CARLOS INCLAN, JR., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Susan Cushman, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Carlos Inclan, Jr., that the Revocation of Pretrial Release Hearing currently scheduled on July 12, 2018 at 2:30 p.m., be vacated and advanced to July 11, 2018 at 2:30 p.m.

This Stipulation is entered into for the following reasons:

1.     The defendant is not in custody and agrees with the need for the continuance.

2.     The parties agree to the continuance.

This is the first request for a continuance of the revocation of pretrial release hearing.

DATED this 5th day of July, 2018.

RENE L. VALLADARES                        DAYLE ELIESON
Federal Public Defender                   United States Attorney


        /s/ Rebecca A. Levy                        /s/ Susan Cushman
By_____    By_____
REBECCA A. LEVY                           SUSAN CUSHMAN
Assistant Federal Public Defender         Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

               Plaintiff,

     v.

CARLOS INCLAN, JR.,

               Defendant.

Case No. 2:15-cr-00057-RFB

**ORDER**

      IT IS ORDERED that the revocation of pretrial release hearing currently scheduled for Thursday, July 12, 2018 at 3:45 p.m., be vacated and advanced to July 11, 2018 at 2:30 p.m.

      DATED this __6__ day of July, 2018.

_____

UNITED STATES MAGISTRATE JUDGE

3