DAYLE ELIESON
United States Attorney
District of Nevada
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
Susan.Cushman@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-0057-RFB-CWF |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE FOR GOVERNEMNT'S DOMINIION EVIDENCE AND TO FILE PRETRIAL MOTIONS** |
| vs. | |
| CARLOS INCLAN, JR., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney Susan Cushman, Assistant United States Attorney, counsel for the United States of America and Rebecca Levy, Esq. counsel for defendant, agree and stipulate that:

1. On August 17, 2018, a status hearing was held wherein the court set dates for the government to disclose dominion evidence to defense counsel and for the filing of pretrial motions. (ECF #159).

2. Since the status hearing both counsel are attempting to work toward a pretrial resolution and need additional time.

3. The parties agree that the government's list of dominion evidence is due by August 31, 2018.

4. The parties further agree that pretrial motions shall be filed by September 14, 2018.

DATED this 22nd day of August, 2018.

        DAYLE ELIESON
        United States Attorney

        */s/ Susan Cushman*

        SUSAN CUSHMAN
        Assistant United States Attorney


        */s/ Rebecca Levy*

        REBECCA LEVY
        Counsel for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CARLOS INCLAN, JR.,<br><br>　　　　Defendant. | Case No.: 2:15-cr-0057-RFB-CWF<br><br>**ORDER TO EXTEND DEADLINE FOR GOVERNMENT'S DOMINION EVIDENCE AND FILE PRETRIAL MOTIONS** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby orders that the government's list of additional dominion evidence will be provided to defense counsel by August 31, 2018, and pretrial motions shall be due by September 14, 2018.

DATED this 23rd day of August 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE