RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org
Attorney for Carlos Inclan, Jr.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00057-RFB |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE FOR GOVERNMENT'S DOMINION EVIDENCE AND TO FILE PRETRIAL MOTIONS** |
| v. | |
| CARLOS INCLAN, JR., | (Second Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Susan Cushman, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Carlos Inclan, Jr., agree and stipulate that:

1. On August 17, 2018, a status hearing was held wherein the court set dates for the government to disclose dominion evidence to defense counsel and for the filing of pretrial motions. ECF No. 159.

2. Since the status hearing both counsel are attempting to work toward a pretrial resolution and need additional time.

3. The parties agree that the government's list of dominion evidence is due by September 7, 2018.

4.    The parties further agree that pretrial motions shall be filed by September 21, 2018.

DATED this 29th day of August, 2018.

RENE L. VALLADARES                    DAYLE ELIESON
Federal Public Defender               United States Attorney


        */s/ Rebecca A. Levy*                      */s/ Susan Cushman*
By_____           By_____
REBECCA A. LEVY                       SUSAN CUSHMAN
Assistant Federal Public Defender     Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

CARLOS INCLAN, JR.,

        Defendant.

Case No. 2:15-cr-00057-RFB

**<u>ORDER</u>**

      IT IS ORDERED that the Government's list of additional dominion evidence will be provided to defense counsel by September 7, 2018, and pretrial motions shall be due by September 21, 2018.

      DATED this 30th day of  August , 2018.

_____

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE